IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMENCITA MARIA PEDRO, *in her own right and as natural mother and next best friend to her minor son, K.L.F.*, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 11-777 |
| OFFICE FOR DISPUTE RESOLUTION *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 14th day of November 2012, upon consideration of the plaintiff's "Motion for Relief from a Judgment or Order and Motion to Reopen Civil Action No. 11-cv-777"(Document No. 30), and the responses thereto, it is hereby **ORDERED** that the motion is **DENIED**.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge